IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER GLEASON | : |
| | : |
| v. | : CIVIL ACTION NO. 20-4135 |
| | : |
| FIRSTRUST BANK et al. | : |

**ORDER**

This 10th day of May, 2021, for the reasons set forth in the accompanying memoranda, it is hereby **ORDERED** as follows:

1. Plaintiff Gleason's Motion seeking leave to file a second amended complaint, ECF 18, is **DENIED**.

2. Defendant Robert Marlin's Motion for Abstention (ECF 15) is **GRANTED**, and this case is **STAYED** pending the outcome of *Gleason v. Marlin et al.*, No. 56-2018-00522303-CU-CO-VTA (Cal. Super.), which is scheduled for trial in December 2021.

/s/ Gerald Austin McHugh
United States District Judge